# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3001 Disciplinary Docket No. 3 |
| | : | |
| | : | |
| Petitioner | : | No. 52 DB 2022 |
| | : | |
| v. | : | |
| | : | Attorney Registration No. 65885 |
| JAMES P. MILLER, | : | |
| | : | |
| Respondent | : | (Erie County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of November, 2023, upon consideration of the Report and Recommendations of the Disciplinary Board, James P. Miller is suspended from the Bar of this Commonwealth for four years.  Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board.  *See* Pa.R.D.E. 208(g).